```
1   BARRY J. PORTMAN
    Federal Public Defender
2   NICHOLAS P. HUMY
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA 95113
4   Telephone: (408) 291-7753

5   Counsel for Defendant ALEJANDRO MENDOZA
```

FILED

MAY - 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-10-70295-PVT |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING; [~~PROPOSED~~] ORDER |
| vs. | ) | |
| ALEJANDRO MENDOZA, | ) | |
| Defendant. | ) | |

## STIPULATION

Defendant Alejandro Mendoza, by and through Assistant Federal Public Defender Nicholas Humy, and the United States, by and through United States Law Clerk, Morgan Galland, hereby stipulates that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, May 10, 2010, at 10:30 a.m. shall be continued to Thursday, May 13, 2010, at 1:30 p.m.

///

///

///

///

1  IT IS SO STIPULATED.

2

3  Dated: May 7, 2010

4                                   /s/
                                   _____
                                   NICHOLAS P. HUMY
5                                  Assistant Federal Public Defender

6  Dated: May 7, 2010

7                                   /s/
                                   _____
                                   MORGAN GALLAND
8                                  United States Law Clerk

9

10                        **[PROPOSED] ORDER**

11   GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

12  ORDERED that the hearing in this matter shall be continued from Monday, May 10, 2010 to

13  Thursday, May 13, 2010, at 1:30 p.m.

14   IT IS SO ORDERED.

15

16  Dated: 5/7/10

17

18                                  _____
                                   THE HONORABLE HOWARD R. LLOYD
                                   United States Magistrate Judge

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order
No. CR 10-70295                          2